# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For Offenses Committed On or After November 1, 1987) |
| Sarah Cook-Ball | Case Number: DNCW111po000001-001 |
| | USM Number: |
| | David G. Belser |
| | Defendant's Attorney |

THE DEFENDANT:

- **X**   Pleaded guilty to count(s) <u>1 and 2</u>.
- ___   Pleaded nolo contendere to count(s) which was accepted by the court.
- ___   Was found guilty on count(s) after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Counts |
|---|---|---|---|
| 18 U.S.C. § 13, Title 36 CFR § 4.2 and NCGS § 20-141.4(a2) and 20-146] | Misdemeanor Death by Vehicle | 11/17/10 | 1 |
| 18 U.S.C. § 13, Title 36 CFR § 4.2 and NCGS § 20-146 | Operate Motor Vehicle Left of Center Line | 11/17/10 | 2 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, <u>United States v. Booker</u>, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

- ___   The defendant has been found not guilty on count(s).
- ___   Count(s) (is)(are) dismissed on the motion of the United States.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 06/17/11

*/s/ Dennis L. Howell/*

Dennis L. Howell
United States Magistrate Judge

Date:    June 22, 2011

**IMPRISONMENT**

<u>COUNT ONE</u> - The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) DAYS. This sentence is suspended.

<u>COUNT TWO</u> - Judgment is arrested pursuant to State v Hamrick, 110 N.C. App.60, 428 S.E. 2d 830 (1993).

___ The Court makes the following recommendations to the Bureau of Prisons:

___ The Defendant is remanded to the custody of the United States Marshal.

___ The Defendant shall surrender to the United States Marshal for this District:

   ___ as notified by the United States Marshal.

   ___ at___a.m. / p.m. on ___.

___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ___ as notified by the United States Marshal.

   ___ before 2 p.m. on ___.

   ___ as notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
    United States Marshal

By: _____
                    Deputy Marshal

## PROBATION

The defendant shall be on Supervised Probation for a term of <u>EIGHTEEN (18) Months</u>.

___ The condition for mandatory drug testing is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the standard conditions that have been adopted by this court and any additional conditions ordered.

1. The defendant shall not commit another federal, state, or local crime.
2. The defendant shall not unlawfully possess a controlled substance.
3. The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on probation and a least 2 periodic drug tests thereafter for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court for any individual if the defendant's presentence report or other reliable sentencing information indicates a low risk of future substance abuse by the defendant.
4. The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.
5. The defendant shall cooperate in the collection of a DNA sample from the defendant if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000.
6. The defendant shall refrain from use of alcohol or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.
7. The defendant is to refrain from possessing a firearm, destructive device, or other dangerous weapon.
8. The defendant shall undergo available medical, psychiatric, or psychological treatment, including treatment for drug or alcohol dependency, as specified by the court, and remain in a specified institution if required for that purpose.
9. The defendant shall report to a probation officer as directed by the court or the probation officer.
10. The defendant shall permit a probation officer to visit him at his home or elsewhere as specified by the court.
11. The defendant shall answer inquiries by a probation officer and notify the probation officer promptly of any change in address or employment.
12. The defendant shall notify the probation officer promptly if arrested or questioned by a law enforcement officer.

ADDITIONAL CONDITIONS:
13. The defendant's conviction is to be reported to the North Carolina Department of Motor Vehicles.
14. The defendant is not to operate a motor vehicle even if she possess a valid North Carolina Driver's License on the Blue Ridge Parkway or any federal park in the United States for a period of 18 months from date of this judgment.
15. The defendant is to perform 100 hours of community service at own expense. The community service is to be completed with 18 months of said judgment.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|---|---|---|
| $10.00 | $0.00 | $0.00 |

___ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

**FINE**

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

___ The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

___ The interest requirement is waived.

___ The interest requirement is modified as follows:

**COURT APPOINTED COUNSEL FEES**

___ The defendant shall pay court appointed counsel fees.

___ The defendant shall pay $_____ Towards court appointed fees.

AO 245B (WDNC Rev. 2/11) Judgment in a Criminal Case

Defendant: Sarah Cook-Ball  Judgment-Page 5 of 5
Case Number: DNCW111CR000001-001

## STATEMENT OF ACKNOWLEDGMENT

I understand that my term of supervision is for a period of _____months, commencing on _____ .

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

I understand that revocation of probation and supervised release is mandatory for possession of a controlled substance, possession of a firearm and/or refusal to comply with drug testing.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed)  _____  Date: _____
             Defendant

(Signed)  _____  Date: _____
             U.S. Probation Office/Designated Witness